IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:21-cr-126 |
| JOHN W. CARTER, | |
| Defendant. | |

**O R D E R**

This matter comes before the Court on the Government's Motion to Dismiss. (Doc. 21.) Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** the Indictment against Defendant John W. Carter in the above-captioned case without prejudice. The Court **DENIES** as moot all pending Motions and directs the Clerk of Court to CLOSE this case.

**SO ORDERED**, this 1st day of September, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA